**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MIREYA SANTILLAN,

        Plaintiff,

v.                                                                                      CV No. 19-313 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

        Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Defendant Andrew Saul's *First Unopposed Motion for Extension of Time to File Response Brief* (the "Motion"), (Doc. 20), filed November 7, 2019. After reviewing the Motion and noting it is unopposed, the Court finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **December 12, 2019**, to file a Response to Plaintiff Mireya Santillan's *Motion to Remand to Agency with Supporting Memorandum*, (Doc. 17), filed September 9, 2019, and Plaintiff may have until **December 30, 2019**, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE