# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MIREYA SANTILLAN,

               Plaintiff,

v.                                                       CV No. 19-313 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

               Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 26), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand For A Rehearing With Supporting Memorandum*, (Doc. 17), shall be **GRANTED** and this case shall be **REMANDED** to the Commissioner for further proceedings consistent with this opinion. *See* 42 U.S.C. § 405(g) (sentence four).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE